**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Steve DIAS, a/k/a Troy, a/k/a O'Neil Guthrie, Defendant–Appellant.**

**No. 10–6637.**

United States Court of Appeals,
Fourth Circuit.

Submitted: July 27, 2010.

Decided: Aug. 9, 2010.

Steve Dias, Appellant pro se. Olivia N. Hawkins, Office of the United States Attorney, Stephen David Schiller, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before TRAXLER, Chief Judge, and WILKINSON and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steve Dias appeals the district court's order denying his second 18 U.S.C. § 3582(c)(2) (2006) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm. *United States v. Dias,* No. 3:04–cr–00259–HEH–2 (E.D.Va. Mar. 1, 2010); *see also United States v. Goodwyn,* 596 F.3d 233, 234–36 (4th Cir.2010) (hold-

ing that district court lacked authority to grant defendant's motion to reconsider, filed eight months after the district court's order ruling on original § 3582(c)(2) motion). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*